## STATEMENT OF FACTS

On Tuesday, August 20, 2019 at approximately 1:00 p.m., patrol officers from the Metropolitan Police Department's Seventh District were dispatched to a call for a person with a gun at the bus stop at 25th Street Southeast and Good Hope Road Southeast in Washington, D.C. The 911 caller, an off duty police officer, stated that the person was in an altercation at a nearby barbershop and was now at the bus stop with a gun on his person. The lookout for the armed individual was a black male wearing a green shirt, purple boots, jeans and an army fatigue hat.

Detective Olszak was at the intersection of 25th Street Southeast and Good Hope Road Southeast when the 911 call was broadcasted over the Seventh District main air. He observed an individual later identified as the defendant Reuben Nwenze (Defendant Nwenze) matching the lookout sitting at the bus stop in front of 2503 Good Hope Road Southeast. Officers Chew, Willis and Gallo then arrived in the area from the opposite direction and observed the same individual. When these officers arrived in a marked patrol car, Defendant Nwenze left the bus stop and walked toward 25th Street Southeast. Detective Olszak was able to stop Defendant Nwenze and he was detained without incident.

Officers made contact with the 911 caller, an off duty police officer who was still on location. The off duty officer stated that Defendant Nwenze was seen involved in an altercation with an unidentified male at the barbershop and that Defendant Nwenze was observed with a firearm during the altercation. The off duty officer called 911 for police assistance and kept Defendant Nwenze in sight until officers arrived. The off duty officer was on location in a vehicle when officers stopped Defendant Nwenze, and positively identified Defendant Nwenze to the officers as the individual observed with a firearm. Officer Willis conducted a pat down of the defendant and recovered a firearm from Defendant Nwenze's right front pants pocket. Defendant Nwenze was placed under arrest.

The firearm was determined to be a silver and black Colt series 90-380 Pony .380 caliber handgun with a serial number of ML01943. When it was recovered, it was loaded with one (1) round in the chamber. Additionally, one (1) loose round of ammunition was also recovered from Defendant Nwenze's front right pants pocket.

Officer Chew was the arresting officer of Defendant Nwenze. Officer Chew was one the original dispatched officers, one of the first officers on the scene, and present when Defendant Nwenze was detained. Officer Chew spoke to the 911 caller directly.

Defendant Nwenze has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Nwenze through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court of the District of Columbia, Criminal Case No. 2018 CF3 006213 for Carrying a Pistol without a License. This crime is punishable by more than one year in the District of Columbia. There are no firearms manufacturers in the District of Columbia.

_____
OFFICER TIMOTHY CHEW
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF AUGUST, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE